# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

UNITED STATES OF AMERICA,
        Plantiff,
   V.

RAMUNDO PEREZ-TOGO,
        Defendant.

**APPEARANCE**

Case Number: 08MJ1613

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RAYMUNDO PEREZ-TOGO

I certify that I am admitted to practice in this court. PRO HAC VICE.

| | |
|---|---|
| 5/27/2008 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD    177301 |
| | Print Name                        Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City        State        Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number             Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 27, 2008                                               /s/  Linda Lopez
                                                                  LINDA LOPEZ
                                                                  Federal Defenders of San Diego, Inc.
                                                                  225 Broadway, Suite 900
                                                                  San Diego, CA 92101-5030
                                                                  (619) 234-8467  (tel)
                                                                  (619) 687-2666  (fax)
                                                                  e-mail: Linda_Lopez@fd.org