```
1    HOWARD B. FRANK
     Attorney at Law
2    136 Redwood Street
     San Diego, CA 92103
3    (619) 574-1888
4    California State Bar No. 42233
     e-mail: hbfandjm@aol.com
5    Attorney for Defendant
6
7                    UNITED STATES DISTRICT COURT
8                   SOUTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,      )   Case No. 08-MJ-1613
                                    )
11                Plaintiff,        )
                                    )   SUBSTITUTION OF COUNSEL
12   v.                             )
                                    )
13                                  )
     RAYMUNDO PEREZ-TOGO,           )
14                                  )
                  Defendant.        )
15                                  )
                                    )
16   ───────────────────────────────
```

17   Comes now the defendant Raymundo Perez-Togo and hereby substitutes

18   Howard B. Frank, 136 Redwood Street, San Diego California 92103 (619) 574-1888 as

19   his attorney of record in place and instead of Linda Lopez, Federal Defenders, 225

20   Broadway, Suite 900, San Diego California 92101, (619) 234-8467.

21

22   I request this substitution.

23   Dated: 5-30-08

24                                              _____
                                                Raymundo Perez-Togo
25                                              Defendant

26   /

27

28

Case No. 08-MJ-1613

I accept this substitution.

Dated: 5/30/08

_____
Howard B. Frank
Attorney at Law

I consent to this substitution.

Dated:

_____ For:
Linda Lopez
Federal Defenders

Case No. 08-MJ-1613

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-MJ-1613 |
| Plaintiff, | ) ) | |
| v. | ) ) | PROOF OF SERVICE |
| RAYMUNDO PEREZ-TOGO, | ) ) | |
| Defendant. | ) ) ) ) ) | |

I am over the age of 18 and not a party to the within action; my business address is 136 Redwood Street, San Diego, CA  92103.

On June 3, 2008, I served the following document described as:

**SUBSTITUTION OF COUNSEL**

```
By the following method:
```

**(X)   CM/ECF FILING.**

U.S. District Court Clerk
Southern District of California

William Hall Jr.
Assistant U.S. Attorney

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Executed on June 3, 2008, at San Diego, California.

s/ Howard B. Frank
Howard B. Frank