UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-MJ-1613 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER APPROVING SUBSTITUTION OF COUNSEL |
| RAYMUNDO PEREZ-TOGO, | ) ) ) | |
| Defendant. | ) ) ) ) | |

It is hereby ordered that Howard B. Frank, 136 Redwood Street, San Diego, California (619) 574-1888 be substituted in as counsel of record for defendant Raymundo Perez-Togo in place of Linda Lopez from Federal Defenders 225 Broadway, Ste. 900, San Diego California (619) 234-8567.

IT IS SO ORDERED.

DATED: June 5, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court