FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>    v.                                )<br>                                      )<br>                                      )<br>RAYMUNDO PEREZ-TOGO,                  )<br>                                      )<br>            Defendant.                )<br>_____) | Criminal Case No. 08cr2064-B<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Sec. 841(a)(1)<br>- Possession of Controlled<br>Substances With Intent To<br>Distribute [Felony] |

The United States Attorney charges:

On or about May 21, 2008 within the Southern District of California, defendant RAYMUNDO PEREZ-TOGO, did knowingly and intentionally possess with intent to distribute approximately 225.58 kilograms of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 6/19/08 .

KAREN P. HEWITT
United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney