1AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RAYMUNDO PEREZ-TOGO | CASE NUMBER: 08cr2064-BTM |

I, RAYMUNDO PEREZ-TOGO, the above named defendant, who is accused of violating Title 21, U.S.C., Section 841(a)(1) - Possession of Marijuana With Intent To Distribute (felony), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on 6-19-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY